**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DOLORES ZOLOTOR** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:23-CV-2483** |
| | ) | |
| **MWI VETERINARY SUPPLY, INC. and CENCORA, INC.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Dolores Zolotor hereby stipulates and Defendants MWI Veterinary Supply and AmerisourceBergen Drug agree to the dismissal with prejudice of all claims in this matter, with each party to bear their own costs, expenses, and attorneys' fees.

*/s/ Stephanie Kaplan*
Todd A. Luckman No. 16535
STUMBO HANSON LLP
2887 SW Mac Vicar
Topeka, KS 66611
Telephone: (785) 267-3410
Fax: (785) 367-9516
todd@stumbolaw.com

Stephanie Gantman Kaplan
Admitted Pro Hac Vice
BLANK ROME LLP
One Logan Square, 130 N 18th Street
Philadelphia, PA 19103
Telephone (215) 832-5381
Fax (215) 832-5381
Stephkaplan@blankrome.com

ATTORNEY'S FOR DEFENDANT

*/s/ Kevin C. Koc*
Kevin C Koc, KS 24953
THE MEYERS LAW FIRM LC
4435 Main Street Ste 503
Kansas City, MO. 64111
Telephone: (816) 444-8500
Fax: (816) 444-8508
kkoc@meyerslaw.com

ATTORNEY FOR PLAINTIFF